UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO GARCIA and GIOVANNY BELLO,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

                Plaintiffs,

v.

MARCO POLO CATERERS, INC.
    d/b/a TOCQUEVILLE,
MARCO MOREIRA and JO ANN MAKOVITZKY,

                Defendants.

Case No.: 1:20-cv-08278

**[PROPOSED]
RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, MARCO POLO CATERERS LLC, MARCO MOREIRA, and JO ANN MAKOVITZK (hereinafter collectively "Defendants") having offered to allow Plaintiff GIOVANNY BELLO ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Fifty Thousand Dollars and Zero Cents ($50,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 27, 2021 and filed as Exhibit A to Docket Number 24;

      **WHEREAS**, on April 28, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 24);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 27, 2021 and filed as Exhibit A to Docket Number 24. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2021      _____
      New York, New York                             U.S.D.J.